MOHEGAN INTERNATIONAL CORPORATION *v.*
CITY OF NEW YORK ET AL.

No. 902.   Decided June 5, 1961.

*Gerald H. Ullman* for appellant.

*Leo A. Larkin* and *Morris L. Heath* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted.